UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTINA DELAVEGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:14-CV-00760 |
| | ) | |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Plaintiff, CHRISTINA DELEVEGA, and Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: May 18, 2015

RESPECTFULLY SUBMITTED,                RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss               By: /s/ Garett Willig
    Michael S. Agruss                       Garett Willig
    Agruss Law Firm, LLC                    909 Fannin Street, Suite 3300
    4619 N Ravenswood Ave.                  Houston, Texas 77020
    Suite 303A                              Telephone: (713)-353-2000
    Chicago, IL 60640                       Facsimile: (713)-785-7780
    Tel: 312-224-4695                       Email:
    Fax: 312-253-4451                       garrett.willig@WilsonElser.com
    michael@agrusslawfirm.com               Attorney for Defendant
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On May 18, 2015, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By:/s/ Michael S. Agruss_____
Michael S. Agruss